| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| James J. Waldorf SBN 38297<br>100 W Broadway Ste 900<br>Glendale    CA    91210<br>ATTORNEY FOR (Name)    Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
United States v Cress

| 1463442 | (HEARING) Date | Time | Dept | Case Number:<br>CV0803158 |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>21428.000 |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS & COMPLAINT

ON: Cynthia M. Cress

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE PERSON HEREINAFTER NAMED, A COPY THEREOF, AT:

AT: ████████

Long Beach    CA    ████████

ON    8/27/2008    AT    12:35:00 PM
COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE OR BUSINESS WITH A PERSON OF SUITABLE AGE AND DISCRETION.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:

SARAH WELCH DAUGHTER/CO-OCCUPANT
CAUCASIAN FEMALE 20YRS 5'6" 130LBS. BROWN HAIR

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving:    Guillermo    Verjan

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $43.11
e. I am:
(1)    not a registered California process server:
(3) X    registered California process server:
(i) Independant Contractor
(i) Registration No:    4189
(i) County:    Los Angeles

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.    X

9/3/2008    Guillermo    Verjan    SIGNATURE

## PROOF OF SERVICE